ACCEPTED
06-15-00051-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 12:05:47 PM
DEBBIE AUTREY
CLERK

# PARIS LAW GROUP, P.L.L.C.

ATTORNEYS AT LAW

TWO RIVERWAY, SUITE 1080

HOUSTON, TEXAS 77056

TELEPHONE (713) 951-9100

TELECOPIER (713) 961-3082

WAYNE H. PARIS
whparis@gphattorneys.com

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
waynehparis@yahoo.com
11/18/2015 12:05:47 PM
DEBBIE AUTREY
Clerk

November 18, 2015

Ms. Dana Fritsche
District Clerk, Burleson County
Burleson County Courthouse
100 W. Buck Street, Suite 303
Caldwell, Texas 77836

By ProDoc E-filing

Attn: Barbie Lewis

Re:     Appellate Case Number 06-15-00051-CV; Trial Court Case Number 26,704, Mary Flentge McAuley, Willie O. Flentge, Jr. and Charles Ray Flentge v. Carl Dean Flentge, David Flentge, and Daniel Junek, Independent Executor of the Estate of Willie Otto Flentge, Sr., Individually and as shareholders and on behalf of W.L. Ranch, Inc.

Dear Ms. Fritsche:

With reference to the Clerk's Record, Supplemental Clerk's Record and Second Supplemental Clerk's Record filed with the Sixth Court of Appeals in this case, the Appellees/Cross Appellants, who I represent on this appeal, I wish to request that you prepare and file a Third Supplemental Clerk's Record containing the entire following document, a portion of which was ordered by counsel for Appellants, J.Steven Stewart, previously:

1.     Plaintiffs' Motion for Partial Summary Judgment, filed on 3/16/12, including *all exhibits* (which I believe to be (A-D))

Upon inspection, the item, without the exhibits, is found in the Clerk's Record that you filed at pages 90-108. However, all of the Exhibits attached to the item were left off of the document that was filed, which consisted of several items, including one or more affidavits of Plaintiffs.

Pursuant to Rule 34.5(c)(1), Texas Rules of Appellate Procedure, I am requesting that you prepare a Third Supplemental Clerk's Record that contains these omitted items (exhibits and attachment to the Plaintiffs' Motion for Partial Summary Judgment, filed on 3/6/12, as quickly as possible and file same in the Sixth Court of Appeals. Thank you for your attention in advance.

1

Yours sincerely,

Wayne H. Paris
Attorney for Appellees/Cross-Appellants

cc:     Debra K. Autrey
        Clerk, Sixth Court of Appeals
        Bi-State Justice Building
        100 North State Line Avenue #20
        Texarkana, Texas 75501
        **Via ProDoc E-Filing**

cc:     Mr. J. Steven Stewart
        Law Office of J. Steven Stewart
        5353 West Alabama, Suite 605
        Houston, Texas 77056
        **Via Fax: (832) 201-9117**

cc:     Mr. Jeffery M. Burns
        17470 Highway 36 So.
        Somerville, Texas 77879
        **Via Fax: 1 (979) 596-2837**

cc:     Ms. Laura Upchurch
        207 East Main Stret
        Brenham, Texas 77834
        **Via Fax: 1 (979) 830-0913**